*Please Stamp This Page with File Date And Return To Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

Ernest Howard 429201

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

CIVIL ACTION NO:

VS.

Warden Sampson
State of Georgia
Tyrone Oliver
GA. Dept. of Corrections
et al,

(NAME OF EACH DEFENDANT)

Defendant(s)

RECVD JAN 26 '26am10:32 MDGA-MAC

I. GENERAL INFORMATION

1. Your full name and prison number __Ernest Howard__
2. Name and location of prison where you are now confined __Macon State Prison Oglethorpe, GA__
3. Sentence you are now serving (how long?) __Unsure (Prison staff said Life)__
   (a) What were you convicted of? __Parole Revocation (to my Knowledge)__
   (b) Name and location of court which imposed sentence __Georgia Pardon and Parole Board, Atlanta Ga.__
   (c) When was sentence imposed? __June 25, 2025 To My Knowledge__
   (d) Did you appeal your sentence and/or conviction?   Yes ☐   No ☑
   (e) What was the result of your appeal? __Requested to see if I Could Appeal But got No Response__

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

Ernest Howard 429201

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS.

Warden Sampson
State of Georgia
Tyrone Oliver
GA. Dept. of Corrections
(NAME OF EACH DEFENDANT) et, ali

Defendant(s)

CIVIL ACTION NO:
_____

REC'VD JAN 26 '26 AM 10:32 MDGA-MAC

## I. GENERAL INFORMATION

1. Your full name and prison number  Ernest Howard
2. Name and location of prison where you are now confined  Macon State Prison Oglethorpe GA.
3. Sentence you are now serving (how long?) Unsure Prison staff said (life)
   (a) What were you convicted of? Parole Revocation (To My Knowledge)
   (b) Name and location of court which imposed sentence Georgia Pardon and Parole Board, Atlanta GA.
   (c) When was sentence imposed? June 25, 2025 To My Knowledge
   (d) Did you appeal your sentence and/or conviction? Yes ☐  No ☑
   (e) What was the result of your appeal? Requested To see if I could Appeal But got No Response

(f) Approximate date your sentence will be completed __unknown Board Refuses to tell me__

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

    Yes [ ]   No [✓]

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

    (a) Parties to the previous lawsuit INVOLVING SAME FACTS:

    Plaintiff(s): __N/A__

    Defendant(s): __N/A__

    (b) Name of Court: ____

    (c) Docket Number: ____   When did you file this lawsuit? ____

    (d) Name of judge assigned to case: ____

    (e) Is this case still pending?   Yes [ ]   No [✓]

    (f) If your answer to (e) is "No", when was it disposed of and what were the results?
    (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

    __N/A__

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes [✓]   No [ ]

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

    (a) Parties to the previous lawsuit:

    Plaintiff(s): __unknown Documents lost or Destroyed__

    Defendant(s): __See Above__

    (b) Name of Court: __See Above__

    (c) Docket Number: __See Above__   When did you file this lawsuit? __See Above__

    (d) Name of judge assigned to case: __See Above__

    (e) Is this case still pending?   Yes [ ]   No [✓]

(f) If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_See Above_

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes ☐   No ☐   _Un Known Documents Lost/Destroyed_

If your answer is Yes, state the name of the court and docket number as to each case:

_Filed several lawsuits but can't state why dismissed_

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? _Jackson Diagnostic and Classification Jackson GA. and Macon State Prison, Oglethorpe GA._

(a) Does this institution have a grievance procedure?   Yes ☑   No ☐

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
Yes ☑   No ☐

(2) If Yes, what was the result? _(a) Grievance denied first step_
_(b) Grievance Granted in Part at Appeal Stage_

(3) If No, explain why not: _____

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

See "V. Statement of Claim Number 13 herein

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?   Yes ✓   No ☐

(1) If Yes, to whom did you appeal and what was the result? Appealed To the Central Office. Appeal Granted in Part

(2) If No, explain why you did not appeal: N/A

10. In what other institutions have been confined? Give dates of entry and exit.
Jack T. Rutledge 1987 to about 1993; Ware State Prison until about 1994; Valdosta State Prison until about 1994; Georgia State Prison until about 2008; Men's State Prison until about 2010; Johnson State Prison until October 2014; See Georgia Diagnostic Classification Prison 6/2025 to Nov. 2025

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.
Macon State Prison
P.O. Box 426
Oglethorpe, GA, 31068

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)
① Warden Sampson, Warden Macon State Prison
② State of Georgia
③ Tyrone Oliver   Commissioner, GA, Dept. of Corrections
④ GA Dept of Corrections
⑤ Office of Health Services   Georgia Dept of Corrections

Continue on Attached Page.

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, and <u>DIRECT</u>! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? The Incidents took Place at GA. Diagnostic Classification Prison and Macon State Prison

WHEN do you allege this incident took place? Between June 26, 2025 To This Current Date.

WHAT happened? I was transferred from Jones county LE/C on June 26, 2025 to Georgia Diagnostic and Classification Prison. Then transferred on Nov. 6, 2025 to Macon State Prison.

Upon arriving at Ga. Diagnostic and Classification Prison (hereafter G.D.C.P.) the Plaintiff made sure that staff were aware that he suffered from Chronic Illnesses:

1. C.O.P.D, including need for breathing treatments
2. Stage 4 Lung Cancer and possibly Prostate Cancer
3. Diabetic
4. Servere Pains In Neck, Back, Shoulders, Headaches, etc.,
5. Neuropathy (Right leg, foot, etc.)
6. Heart Issues

While at G.D.C.P. I was housed in J-4 Dorm which is an open dormitory, housing about 116 Prisoners.

continue on Attached Pages

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

① Adam Brooks, 2785 S. Byron Butler Pkwy, Perry Fla, - witnessed smoking in J-4 Dorm at Ga. Diagnostic Class. Prison, Jackson Ga.

② Mark Pierce #159535, Kenneth Coker #228428, Henry Brock #287487; All under the Ga. Dept. of Correction - witnessed smoking in J-4 Dorm at Ga. Diagnostic Class. Prison, Jackson, Ga. continued on attached page

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

① Emergency Injunctive Relief - Plaintiff at minimum be placed in a single man cell or in the infirmary immediately until he can be placed in an area where there is actually no smoking

② Defendants be ordered pay all cost of this action

③ Defendants be immediately notified NOT TO RETALIATE

④ Any other Relief that MAY BE ADDED

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 9th day of January, 2026.

_____
PLAINTIFF

continue of Number 12   Continue of Defendants

(6) Deputy Warden Care and Treatment Macon State Prison
(7) Medical Director ———————— Macon State Prison
(8) Warden Beasley ——————— Ga. Diagnostic Classification Prison
(9) Warden Care and Treatment Ga. Diagnostic Classification Prison
(10) Medical Director Ga. Diagnostic Classification Prison
(11) Dr. Johnson, Chronic care   "   "   "
(12) Governor ———————— State of Georgia
(13) Mr. Pope unit Manager Macon State Prison


continue of V Statement of Claim Number 14 Witnesses

(3) Rodrick Brock, Willie Upton, Keith Dixon #548717, Jacquez Mitchell #1107663 all under the Ga. Dept. of Corrections — witnessed smoking in H-2 Dorm Macon State Prison

(4) All other Prisoners housed in J-4 at Ga. Diagnostic and Classification Prison from June 26, 2025 to Nov. 6, 2025; and All other Prisoners housed in H-2 and J-2 Macon State Prison from Nov. 6, 2025 to the current Date — witness to smoking taking place.

(5) Dr. Sumrall and Dr. 1st ST, Macon Ga. and Dr. Donald Robinson Piove Ga, Macon Ga. witness of my C.O.P.D and Lung cancer and that the immediate and long term dangers of housing me around smoking.

(6) Nurse Edwin, Macon State Prison — witness my extended efforts to get treatment

continue of V. Statement of Claims Number 13

While the state of Georgia banned smoking in all of it's state prisons we are all aware that Prisoners have still been able to obtain tobacco products, drugs and other contrabands

In J-4 Dorm, just as in most parts of G.D.C.P. in Jackson, GA., Prisoners still smoked. It could be smelled on most of the hallways during most of the days and staff were fully aware of it.

Prisoners were also known to use <u>wicks</u> (twisted toilet paper, made like a Rope that would be used to keep a "light" going. Like coal or burned wood it maintains a burn but emits continuous smoke) Prisoners would sometimes have these wicks burning for days.

I made Repeated complaints to staff and others about the smoke exacerbating my C.O.P.D., Lung Cancer, Heart problems, etc., thus causing increased coughing, coughing up blood, chest pains, pains in lungs

I repeatedly submitted properly Health Services Request forms (sick-call forms) to inform medical staff about twice weekly of these issues, I notified the nurse during my physical on July 7, 2025.

I frequently Request that my lung doctor DR. Sumrall, 1st Street, Macon, GA. be contacted for an appointment to get a treatment plan.

Wrote office of Governor, GA Dept. of Corrections, Commiss- ioner, Warden, Deputy Warden Care & Treatment, Medical Director, etc.

I was transferred to Macon State Prison on November 6, 2025 as a general population status prisoner. The transfer officer Mr. Pope told me and another prisoner, Willie Upton, that we would be placed in cell H-2#148 and said we would be housed there until they found a bed for us, but we could smoke as much as we like.

There is heavy smoking taking place in H-2 Dorm that did have adverse effect on my health therefore I made repeated requests for corrective actions, via Medical Health Services Requests forms and continued to writ staff and officials of the effects that the smoking was having on my health.

On December 15, 2025 I was moved to cell J-2-129. There I had a cellmate who was a chronic (heavy) smoker. The Dorm officer (McDoogle) knew about my cancer and the smoking in the cell because I objected to it after the cellmate stated "yes I smoke and I will be doing it in a few minutes."

I coughed up blood during most of the evening and night and suffered severe chest pains. I notified the 2nd shift dorm officer (black female who refused to give her name) who said she would notify her supervisor.

I was moved back to H-2-148 (cell) on December 16, 2025. My cellmate was then Rodrick Brock.

Rodrick Brock was transferred on December 30, 2025 and that evening Cowee was put in the cell with me by Mr. Pope, unit manager, even after I objected because Cowee admitted to Mr. Pope and I that he was a smoker.

Since then I've consistently complained of the effect the smoking in the cell is having on my health but I

have not been able to get anyone to take corrective action

I have continued to submit Medical Health Services Request Forms, write staff and officials, etc., but I continue to suffer from excessive coughing, coughing up blood, servere chest pains, frequent difficulty breathing (especially at night and early morning)

I've Requested to at least be put in a single man cell or placement temporarily in the infirmary but nothing has been done.

Since the state of Georgia and its officials and staff are aware of the dangers of smoking it should most certainly be aware of the danger of smoking to my health thus should take immediate corrective actions.

These acts or lack thereof pose a clear imminent danger of causing serious physical harm or death thus violate the 8th Amendment.

Since I have a life sentence, on November 14, 2025 the chief Counselor, Ms. Lindsey, informed me that I would likely be required to remain locked-down in a cell 24 hours daily until my death, even though I do not have disciplinary issues.

I submitted S/C Requests at G.D.C.P; 6/27/25, 7/9/25, 7/14/25, 7/16/25, 7/18/25, 7/21/25, 7/28/25, 8/3/25, 8/11/25, 8/13/25, 8/25/25, 8/27/25, 8/29/25, 9/3/25, 9/7/25, 9/24/25, 10/1/25, 10/3/25, 10/19/25, 10/20/25, 10/22/25, 10/27/25, 10/30/25.

I submitted S/C (sick-call) Request at Macon State Prison; 11/7/25, 11/20/25, 11/21/25, 12/7/25, 12/10/25, 12/18/25, 12/30/25, 1/8/26

Also wrote other staff and officials; while at G.D.C.P.; 7/7/25 wrote Warden, Warden C/T, Medical Director; 7/15/25 wrote Warden, Commissioner GA. Dept of Corrections, Office of Governor; 7/24/25 wrote Medical Director, Warden, Warden C/T; 8/3/25 wrote Warden and Warden C/T; 8/11/25 wrote Warden, Warden C/T, Commissioner GA Dept of Corr. and Office of Governor; 9/9/25 wrote Medical Director, Warden, Warden C/T; 9/22/25 wrote Medical Director; 9/11/25 spoke with chronic care DR. Johnson 10/22/25 wrote Medical Director, Warden, Warden C/T, Commissioner GA. Dept. of Corr. and Office of Governor; 11/4/25 wrote Medical Director;

and while at Macon State Prison; 11/17/25 Medical Director; 11/29/25 wrote Medical Director, Medical Staff; 11/25/25 Medical Staff (Nurse Hudson); 12/3/25 notified Mental health Dept. who called medical then sent me to medical but I was sent back to dorm by Ms Ingram; About 12/4/25 wrote Medical Director, Warden, Warden C/T; 12/7/25 informed Nurse Eason when she conducted sick-call at H-2 Dorm because the sick-call Nurse had failed to do H-2 sick-call(s) 12/8/25 submitted "Emergency Grievance" to Counselor Hawkins; 12/15/25 spoke with Nurse Eason; 12/31/25 notified in writing Ms L., Mental Health Counselor; Nurse Eason; wrote GA. Dept. Corr.; 12/31/25 & 1/2/26 wrote Ms. Hamilton, H-2 Unit Manager, Warden Sampson, Asst Warden C/T; 1/6/26 wrote Office of Governor; 1/4/26 notified Nurse Harper